■　　ALBERT F. STAGER, INC., Respondent, v. ALLIED CLAIM SERVICES, INC., et al., Appellants.— Order unanimously affirmed, with $25 costs and disburse-

ments. (Appeal by defendants from order of Erie Special Term denying the motion of defendants to dismiss the complaint pursuant to Rules Civ. Prac., rule 106, subd. 4.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.